UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

DWAYNE SIMMONS                                              CIVIL ACTION

VERSUS                                                      NO. 05-3106

CORNEL HUBERT, WARDEN                                       SECTION "R"(6)

### ORDER

The Court, having reviewed *de novo* the petition, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and the failure of plaintiff to file any objections to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion herein.

Accordingly, IT IS ORDERED that plaintiff's petition for *habeas corpus* is DISMISSED WITH PREJUDICE.

New Orleans, Louisiana, this  2nd  day of March, 2007.

_____
SARAH S. VANCE
UNITED STATES DISTRICT JUDGE